HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
JOSE CUELLAR-AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-CR-00098 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE HEARING AND SET CHANGE OF PLEA |
| vs. | |
| JOSE CUELLAR-AVILA, | DATE:   August 10, 2015<br>TIME:    8:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference hearing currently set for August 3, 2015 before the Honorable Sheila K. Oberto, be vacated and that a change of plea hearing be set for August 10, 2015, at 8:30 a.m., before the Honorable Lawrence J. O'Neill.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, for effective defense investigation and preparation, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 29, 2015          By     */s/ Kimberly A. Sanchez*
                                     KIMBERLY A. SANCHEZ
                                     Assistant United States Attorney
                                     Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: July 29, 2015          By:    */s/ Andras Farkas*
                                     ANDRAS FARKAS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JOSE CUELLAR-AVILA


**O R D E R**

IT IS SO ORDERED.

   Dated:   **July 29, 2015**                **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE